**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:                                          CASE NO. 08-40175-TLH4
                                                CHAPTER 13
JAMES MELVIN MCNEALY
ELEANOR JOYCE MCNEALY

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
**OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1.  The Trustee has issued check(s) FOR: DEUTSCHE BANK NATIONAL DEPARTMENT which remains outstanding and uncleared.

2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 405188 in the amount of 363.20 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

                    /s/Leigh D. Hart or
                    /s/William J. Miller, Jr.
                        OFFICE OF THE CHAPTER 13 TRUSTEE
                        POST OFFICE BOX 646
                        TALLAHASSEE, FL 32302
                        ldhecf@earthlink.net
                        (850) 681-2734 "Telephone"
                        (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

   **I HEREBY CERTIFY** that a true and accurate copy of the
foregoing has been furnished by electronic filing or first
class mail to:

JAMES MELVIN MCNEALY          DEUTSCHE BANK NATIONAL TRUST C
ELEANOR JOYCE MCNEALY         OCWEN ATTN:BANKRUTCY DEPARTMEN
4819 HOSFORD HIGHWAY          12650 INGENUITY DRIVE
QUINCY,  FL  32351            ORLANDO, FL 32826

AND

ALLEN P. TURNAGE, ESQ.
P.O. BOX 15219
TALLAHASSEE, FL 32317

on the same date as reflected on the Court's docket as the
electronic filing date for this document.

                    /s/Leigh D. Hart or
                    /s/William J. Miller, Jr.
12/29/2010  1:29 pm / CR_213      OFFICE OF CHAPTER 13 TRUSTEE