## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

IN RE:  CASE NO. 08-40175-TLH4
         CHAPTER 13

JAMES MELVIN MCNEALY
ELEANOR JOYCE MCNEALY

　　　　　Debtor(s)　　　　　/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
## OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

　　1.  The Trustee has issued check(s) FOR: DEUTSCHE BANK NATIONAL DEPARTMENT which remains outstanding and uncleared.

　　2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

　　3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 410418 in the amount of 252.71 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

JAMES MELVIN MCNEALY
ELEANOR JOYCE MCNEALY
4819 HOSFORD HIGHWAY
QUINCY, FL 32351

AND

ALLEN P. TURNAGE, ESQ.
P.O. BOX 15219
TALLAHASSEE, FL 32317

DEUTSCHE BANK NATIONAL TRUST CO.
OCWEN ATTN: BANKRUPTCY DEPART.
12650 INGENUITY DRIVE
ORLANDO, FL 32826

on the same date as reflected on the Court's docket as the electronic filing date for this document.

3/31/2011 12:18 pm / CR_213

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE