UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                          CASE NO. 08-40175-TLH4
                                                CHAPTER 13
JAMES MELVIN MCNEALY
ELEANOR JOYCE MCNEALY

_____ Debtor(s) _____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
OF UNCLAIMED FUNDS**

**COMES NOW,** LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1.  The Trustee has issued check(s) FOR: DEUTSCHE BANK NATIONAL DEPARTMENT which remains outstanding and uncleared.

2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 417472 in the amount of 219.52 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

<pre>
                              /s/Leigh D. Hart or
                              /s/William J. Miller, Jr.
                                 OFFICE OF THE CHAPTER 13 TRUSTEE
                                 POST OFFICE BOX 646
                                 TALLAHASSEE, FL 32302
                                 ldhecf@earthlink.net
                                 (850) 681-2734 "Telephone"
                                 (850) 681-3920 "Facsimile"
</pre>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| JAMES MELVIN MCNEALY<br>ELEANOR JOYCE MCNEALY<br>4819 HOSFORD HIGHWAY<br>QUINCY, FL 32351 | DEUTSCHE BANK NATIONAL TRUST CO.<br>OCWEN ATTN: BANKRUPTCY DEPART.<br>12650 INGENUITY DRIVE<br>ORLANDO, FL 32826 |

AND

ALLEN P. TURNAGE, ESQ.
P.O. BOX 15219
TALLAHASSEE, FL 32317

on the same date as reflected on the Court's docket as the electronic filing date for this document.

<pre>
                              /s/Leigh D. Hart or
                              /s/William J. Miller, Jr.
7/28/2011  2:28 pm / CR_213      OFFICE OF CHAPTER 13 TRUSTEE
</pre>